| 1. Person Reporting (last name, first, middle initial)<br><br>Kuntz, William F. | 2. Court or Organization<br><br>Eastern District of New York | 3. Date of Report<br><br>03/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination,   Date 03/09/2011<br>[ ] Initial   [ ] Annual   [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>02/28/2011 |
| 7. Chambers or Office Address<br><br>Baker Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>11th Floor | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing Instructions.)*

[ ]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner | Baker Hostetler, LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | Civilian Complaint Review Board, NYC (Per Diem) | $5,670.00 |
| 2. | 2010 | Baker Hostetler, LLP (Partner Salary) | $305,000.00 |
| 3. | 2009 | Baker Hostetler, LLP (Partner Salary) | $350,000.00 |
| 4. | 2011 | Baker Hostetler, LLP (Partner Salary Annualized Basis) | $345,000.00 |
| 5. | 2009 | Civilian Complaint Review Board (Per Diem) | $16,704.00 |
| 6. | | | |
| 7. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Department of Veterans Affairs, salary |
| 2. | 2010 | Long Island College Hospital, honorarium |
| 3. | 2011 | Department of Veterans Affairs, salary |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
Page 5 of 11

Name of Person Reporting

Kuntz, William F.

Date of Report

03/10/2011

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Growth & Income Retirement Fund | D | Int./Div. | O | T | Exempt | | | | |
| 2. Merrill Lynch High Income Fund | E | Int./Div. | N | T | | | | | |
| 3. Aflac Inc. | | None | K | T | | | | | |
| 4. AOL Inc. | | None | J | T | | | | | |
| 5. Abbott Laboratories | B | Dividend | K | T | | | | | |
| 6. Air Products & Chemicals Inc. | A | Dividend | K | T | | | | | |
| 7. Altria Group, Inc. | | None | L | T | | | | | |
| 8. American Express Co. | | None | K | T | | | | | |
| 9. Anglo American PLC ADR | | None | K | T | | | | | |
| 10. Anheuser-Busch Inbev Spons | | None | K | T | | | | | |
| 11. Anys Inc. | | None | J | T | | | | | |
| 12. Apple Inc. | | None | K | T | | | | | |
| 13. Automatic Data Processing Inc. | B | Dividend | L | T | | | | | |
| 14. Avon Products Inc. | | None | L | T | | | | | |
| 15. Bank of America Corporation | | None | K | T | | | | | |
| 16. Brinker Intl. Inc. | A | Dividend | K | T | | | | | |
| 17. Bristol Myers Squibb Co. | | None | K | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William P. | 03/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Chevron Corp. | A | Dividend | L | T | | | | | |
| 19. Western Asset NY Muni Money Market Fund Cl A | A | Dividend | N | T | | | | | |
| 20. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 21. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 22. Dominion Resources Inc. | | None | K | T | | | | | |
| 23. E.I. Du Pont de Mours & Co. | | None | K | T | | | | | |
| 24. Emerson Electric Co. | A | Dividend | L | T | | | | | |
| 25. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 26. Frontier Communications Corp. | A | Dividend | J | T | | | | | |
| 27. General Electric Co. | A | Dividend | J | T | | | | | |
| 28. General Mills Inc. | A | Dividend | M | T | | | | | |
| 29. Glaxosmithkline PLC SP ADR | | None | K | T | | | | | |
| 30. Hubbell Inc. Class B | | None | K | T | | | | | |
| 31. Intel Corp | A | Dividend | J | T | | | | | |
| 32. IBM | | None | L | T | | | | | |
| 33. Johnson & Johnson | | None | K | T | | | | | |
| 34. Koninklijke Philips | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 7 of 11

Name of Person Reporting

Kuntz, William F.

Date of Report

03/10/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Kraft Foods Inc. Class A | | None | K | T | | | | | |
| 36. Electronics NS Spon ADR | | None | J | T | | | | | |
| 37. Linear Technology Corp. | A | Dividend | K | T | | | | | |
| 38. Medco Health Solutions Inc. | | None | K | T | | | | | |
| 39. Merck & Co. Inc. | B | Dividend | K | T | | | | | |
| 40. Meridian Bioscience Inc. | A | Dividend | J | T | | | | | |
| 41. Microsoft Corp. | B | Dividend | L | T | | | | | |
| 42. Moodys Corporation | A | Dividend | J | T | | | | | |
| 43. Norfolk Southern Corp. | B | Dividend | M | T | | | | | |
| 44. PepsiCo Inc. | A | Dividend | J | T | | | | | |
| 45. Philip Morris Intl. Inc. | | None | J | T | | | | | |
| 46. Piedmont Natural Gas | | None | K | T | | | | | |
| 47. Plum Creek Timber Co. | A | Distribution | J | T | | | | | |
| 48. Praxair Inc. | | None | K | T | | | | | |
| 49. Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 50. Royal Dutch Shell PLC ADR | A | Dividend | J | T | | | | | |
| 51. Sysco Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 8 of 11

Name of Person Reporting
Kuntz, William F.

Date of Report
03/10/2011

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. 3M Company | A | Dividend | J | T | | | | | |
| 53. Time Warner Inc. | D | Dividend | J | T | | | | | |
| 54. Time Warner Cable Inc. | A | Dividend | J | T | | | | | |
| 55. Total S.A. Spon ADR | A | Dividend | J | T | | | | | |
| 56. US Bancorp Del. | A | Dividend | J | T | | | | | |
| 57. Union Pacific Corp. | | None | K | T | | | | | |
| 58. Verizon Communications | B | Dividend | K | T | | | | | |
| 59. Vodafone Group PLC Spons | | None | K | T | | | | | |
| 60. Wal-Mart Stores Inc. | A | Dividend | K | T | | | | | |
| 61. Weyerhauser Co. | | None | K | T | | | | | |
| 62. iShares MSCI Australia Index Fund | A | Dividend | K | T | | | | | |
| 63. Vanguard MSCI Emerging Mkts | A | Dividend | K | T | | | | | |
| 64. Alliance Capital Growth | | None | J | T | | | | | |
| 65. Sun American Capital Appreciation | | None | K | T | | | | | |
| 66. S.A. 1 year fixed no MVA | | None | J | T | | | | | |
| 67. S.A. Intl Grw & Income | | None | K | T | | | | | |
| 68. MFS Total Return | | None | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less      D =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 03/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Citibank Deposit Program | | None | J | T | | | | | |
| 70. Ishares MSCI Emg Mkts Index Fund | | None | J | T | | | | | |
| 71. Invesco Constellation Fund Class A | | None | J | T | | | | | |
| 72. DWS Communications Fund Class A | | None | J | T | | | | | |
| 73. Legg Mason CB Large Cap Growth | | None | J | T | | | | | |
| 74. Legg Mason Global Currents | | None | K | T | | | | | |
| 75. Putnam Voyager Fund Inc. Cl. A | | None | K | T | | | | | |
| 76. Washington Mutual Investors Fund Cl. A | | None | K | T | | | | | |
| 77. Strips-Tint-US Treasury Int 0% | | None | L | T | | | | | |
| 78. CH Energy Group Inc. | A | Dividend | J | T | | | | | |
| 79. Putnam Income Fund A | A | Dividend | J | T | | | | | |
| 80. Whole Life Insurance Policy AXA Equitable | E | Dividend | N | T | | | | | |
| 81. Citibank Checking Accounts | D | Dividend | M | T | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 102 | 052 | Notes payable to banks-secured | | | |
| U.S. Government securities – U.S. Treasury STRIPS | | 82 | 334 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 3 | 503 | 541 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-see schedule | | | |
| Real estate owned – see schedule | 3 | 050 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 60 | 000 | | | | |
| Cash value-life insurance | | 436 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 439 | 532 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 7 | 673 | 459 |
| Total Assets | 7 | 673 | 459 | Total liabilities and net worth | 7 | 673 | 459 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | | | Are any assets pledged? (Add schedule) | No | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | | | | | | | |